Entered on Docket
January 26, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 26, 2017

**Vincent V. Frounjian, Esq.**
**Bar No. 170424**
**Law Offices of Vincent V. Frounjian**
**4001 West Alameda Avenue, # 104**
**Burbank, California 91505**
**Telephone: (818) 859-7511**
**Facsimile: (818) 859-7514**

Attorney for Creditor/Movant,
**HONDA LEASE TRUST**

DENNIS MONTALI
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re:<br><br>PERRY K. MAYORGA and PATRICIA I. CALDERON-VALDEZ,<br><br>Debtor(s). | CASE NO: **16 - 31380-DM-13**<br><br>CHAPTER **13**<br><br>R.S. NO. **VVF-2** |
| HONDA LEASE TRUST,<br><br>Creditor/Movant.<br><br>vs.<br><br>PERRY K. MAYORGA; PATRICIA I. CALDERON-VALDEZ; and DAVID BURCHARD, Chapter 13 Trustee,<br><br>Debtor(s)/Respondents. | ORDER APPROVING STIPULATION GRANTING CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE : February 2, 2017<br>TIME : 09:30 a.m.<br>PLACE : 450 Golden Gate Avenue, 16th Fl.<br>San Francisco, CA<br>CTRM : 17 |

**<u>O R D E R</u>**

**UPON** reviewing and considering the parties' "Stipulation Granting Creditor's Motion for Relief from the Automatic Stay" filed on January 25, 2017 as Docket No. "14", the Stipulation is hereby approved and is made an Order of this Court granting Creditor's Motion and lifting the automatic stay regarding the subject Vehicle, 2014 HONDA CR-V, V.I.N.: 2HKR M3H3 7EH5 09783.

**<u>APPROVED AS TO FORM AND CONTENT</u>**

DATED: January 25, 2017

Respectfully submitted,
**LAW OFFICES OF THOMAS R. BURNS**

By: /S/ THOMAS R. BURNS
**THOMAS R. BURNS**
Attorney for Debtor(s),
**PERRY K. MAYORGA & PATRICIA I. CALDERON-VALDEZ**

**** END OF ORDER ****

**COURT SERVICE LIST**

NONE. (Parties are ECF registered participants who receive electronic service or being represented by an ECF registered participant).