**THOMAS R. BURNS - #152493**
**Attorney at Law**
**1390 Market St., Suite 200**
**San Francisco, CA 94103**
**Tel: (415) 543-9900**

**Email: tom@tburnslaw.com**

**Attorney for Debtor(s)**

***UNITED STATES BANKRUPTCY COURT***

***NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO***

| | | |
|---|---|---|
| **IN RE:**<br><br>**Perry K. Mayorga**<br>**Patricia I. Calderon-Valdez,**<br><br>**Debtor(s)** | ><br>><br>><br>><br>><br>><br>><br>><br>><br>> | **Case No.: 16-31380**<br><br><br><br><br>**NOTICE AND OPPORTUNITY TO OBJECT TO THIRD AMENDED CH. 13 PLAN** |

**NOTICE IS HEREBY GIVEN** that the debtor has filed a Third Amended Chapter 13 Plan. You are notified **that**, pursuant to *Bankruptcy Local Rule 9014-1* of the United States Bankruptcy Court for the Northern District of California, you are given twenty one (21) days from the date of mailing of this Notice to request a hearing on the Third Amended Plan. Such a request shall be filed with the Clerk of the U.S. Bankruptcy Court, 450 Golden Gate Ave., Mail Box 36099, San Francisco, CA 94102 and shall be served upon the Chapter 13 Trustee and the debtor's attorney. Such a request for hearing must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position. If there is no timely request for a hearing, the Court may confirm the third amended plan by default. If you do timely request a hearing, the debtors' attorney shall obtain a date and time of hearing and serve notice of such hearing on you and the Chapter 13 Trustee.

Dated: April 12, 2017

/S/Thomas R. Burns
Thomas R. Burns,
Attorney for Debtor



Case: 16-31380 Doc# 38 Filed: 04/12/17 Entered: 04/12/17 14:41:04 Page 1 of 5

## DECLARATION OF SERVICE

**I DECLARE THAT:** I am employed in the City and County of San Francisco, California. I am over the age of eighteen years of age, and not a party to the within cause; my business address is 1390 Market St., Suite 200, San Francisco, California. On April 12, 2017, I served the attached:

**NOTICE AND OPPORTUNITY TO OBJECT TO THIRD AMENDED CHAPTER 13 PLAN**

on the parties in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail in San Francisco, California addressed as follows:

ALL INTERSTED PARTIES AS LISTED IN THE ATTACHED EXHIBIT "A"

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed April 12, 2017 at San Francisco, California.

/S/Thomas R. Burns
Thomas R. Burns

800 LoanMart
15821 Ventura Blvd., #280
CA 94136

American Express
Customer Service
P.O. Box 297871
Fort Lauderdale, FL 33329

Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899

Cap. One / Best Buy
50 Northwest Pt. Rd.
Elk Grove Village, IL 60007

Capital One Auto Finance
3901 Dallas Pkwy
Plano, TX 75093

Capital One Bank USA
15000 Capital One Dr.
Henrico, VA 23238

CB Associates
P.O. Box 150
Fairfield, CA 94533

Chase Card
P.O. Box 15298
Wilmington, DE 19850

Citi
P.O. Box 6241
Sioux Falls, SD 57117

CMRE
3075 E. Imperial Hwy
Brea, CA 92821

Comenity Bank
P.O. Box 182789
Columbus, OH 43218

Comenity Capital / Zales
P.O. Box 182120
Columbus, OH 43218

Comenty Capital VS
P.O. Box 182120
Columbus, OH 43218

Cooperative Center Fed. C.U.
2001 Ashby Ave.
Berkeley, CA 94703

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

Everest Business Funding
2001 NW 107 Ave., Suite 300
Miami, FL 33172

Exhibit "A"

First National Bank
500 E. 60th St., N.
Sioux Falls, SD 57104

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

First Savings Bank
500 E. 60th St. N.
Sioux Falls, SD 57104

Fox Capital Group, Inc.
Berkovitch & Bouskila, PLLC
40 Exchange Place, Suite 1306
New York, NY 10005

Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Special Procedures
1301 Clay St., #1400-S
Oakland, CA 94612-5210

Jose Martinez dba Mex Express, Inc
2141 Mission St., Suite B
San Francisco, CA 94110

Kay Jewelers
375 Ghent Rd
Akron, OH 44333

Macys
9111 Duke Blvd.
Mason, OH 45040

Merrick Bank
Customer Service
P.O. Box 9201
Old Bethpage, NY 11804

Rash Curtis & Assoc.
190 S. Orchard Ave., #A2
Vacaville, CA 95688

Richmond Capital Group
125 Maiden Lane, Suite 501
New York, NY 10038

Sncyh / Paypal Extras MC
P.O. Box 965005
Orlando, FL 32896

State Compensation Insurance Fund
P.O. Box 7441
San Francisco, CA 94120-7441

Sterling Jewelers
600 Superior Ave. Easr., Suite 1400
Cleveland, OH 44114

Synch - Lowes
P.O. Box 956005
Orlando, FL 32896

Synch / Amazon
P.O. Box 965015
Orlando, FL 32896

Synch / Chevron
P.O. Box 965015
Orlando, FL 32896

Synch / TJX Cos.
P.O. Box 965005
Orlando, FL 32896

Synch / Toys R Us
P.O. Box 965005
Orlando, FL 32896

Synch / Walmart
P.O. Box 965024
Orlando, FL 32896

TD Bank, Target
P.O. Box 673
Minneapolis, MN 55440

THD /CBNA
P.O. Box 6497
Sioux Falls, SD 57117

US Dept. of Ed.
P.O. Box 4222
Iowa City, IA 52244

Wilshire Consumer Credit
P.O. Box 849083
Los Angeles, CA 90084-9083

Yellowstone Capital
160 Pearl St., 5th Flr.
New York, NY

Quantum3 Group LLC as agent for
Sterling Jewelers Inc
PO Box 788
Kirkland, WA 98083-0788

Sterling Jewelers, Inc. dba Kay Jewelers
c/o Buckley King LPA
600 Superior Avenue East, Suite 1400
Cleveland, Ohio 44114

Mex Express Inc
2141 Mission Street Suite B
San Francisco, CA 94110

State Comp Ins Fund
5880 Owens Drive, 2nd floor, BLDG B
Pleasanton, CA 94588

Wheels Financial Group, LLC dba 1-800LoanMart
15821 Ventura Blvd., Ste 280
Encino, CA 91436

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cooperative Center Federal Credit Union
2001 Ashby Ave
Berkeley, CA 94703

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Everest Business Funding
2001 NW 107 Ave., Suite 300
Miami, FL 33172

MIDLAND FUNDING LLC
MIDLAND CREDIT MANAGEMENT, INC
as agent for MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090

American Honda Finance Corporation
P.O. Box 168088
Irving, TX 75016-8088