**Entered on Docket**
**June 02, 2017**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: June 2, 2017**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Creditor/Lessor
**25TH ST. INVESTMENTS, LLC**

Thomas R. Burns
Law Offices of Thomas R. Burns
1390 Market St. #200
San Francisco, CA 94102
(415) 543-9900
Email: tom@tburnslaw.com

Attorney for Debtor
**Perry K. Mayorga and**
**Patricia I. Calderon-Valdez**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>**PERRY K. MAYORGA AND PATRICIA I. CALDERON-VALDEZ,**<br><br>Debtors. | Case No. 16-31380<br><br>Chapter 13<br><br>**ORDER ON JOINT STIPULATION TO RELIEF FROM STAY TO RECLAIM LEASED PREMISES**<br><br>[11 USC 362] |

**ORDER ON JOINT STIPULATION TO RELIEF FROM STAY**
**TO RECLAIM LEASED PREMISES**

Having considered the Parties' **JOINT STIPULATION TO RELIEF FROM STAY TO RECLAIM LEASED PREMISES**, and good cause appearing therefore, IT IS HEREBY ORDERED that Creditor 25TH ST. INVESTMENTS, LLC is granted relief from stay to proceed

to re-claim possession of the commercial premises located in the County of San Francisco, City of San Francisco, State of California, assessor's parcel number 4276-028.

**IT IS SO ORDERED.**

*****END OF ORDER *****


Case: 16-31380 Doc# 43 Filed: 06/02/17 Entered: 06/02/17 12:23:42 Page 2 of 2